## Downs *v.* Linton's Lunch, Appellant.

Argued May 16, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Louis Wagner,* with him *T. J. Clary* and *R. A. Smith,* for appellant.

*Alexander F. Barbieri,* for appellee.

PER CURIAM, May 25, 1939:
The judgment of the Superior Court is affirmed on the opinion of Judge CUNNINGHAM, reported at 134 Pa. Superior Ct. 248.